**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Donna Valverde

Appellate case number:      01-20-00670-CV

Trial court case number:    431447-401

Trial court:                Probate Court No. 3 of Harris County

On September 28, 2020, relator, Donna Valverde, filed a petition for writ of mandamus challenging the trial court's August 25, 2020 order compelling the deposition of relator on or before October 1, 2020. In conjunction with its petition for writ of mandamus, relator also filed an "Emergency Motion to Stay Pending Ruling on Petition for Writ of Mandamus," requesting this Court to stay the deposition of relator pending this Court's consideration of relator's petition for writ of mandamus.

Relator's motion for emergency relief is **denied**.

It is so ORDERED.

Judge's signature: _/s/ Evelyn V. Keyes_____
                   ☐ Acting individually    ☐ Acting for the Court

Date: __September 28, 2020_____